# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| John Boyce, #24731-171, | ) | Civil Action No.: 1:16-1133-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Officer Byrd; Lt. Lewis; Officer Roberts; and Officer Tolbert; *all are employed at Edgefield S.C. Med. Prison*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff John Boyce, proceeding *pro se* and *in forma pauperis*, filed this action while incarcerated at United States Penitentiary Colorado. On April 15, 2016, the Court ordered Plaintiff to provide service documents necessary to advance his case and warned him that failure to provide the required information would subject the case to dismissal. (Dkt. No. 7.) Plaintiff partially responded to the court's order (Dkt. No. 9), and the Court again ordered Plaintiff to provide necessary service documents. (Dkt. No. 12.) The Court again warned Plaintiff that failure to provide the necessary information would subject the case to dismissal. *Id.* Plaintiff requested and received two extensions, giving Plaintiff until July 27, 2016 to file a response. (Dkt. Nos. 15, 18.) Plaintiff did not respond to the Court's order. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

August 3, 2016
Charleston, South Carolina