AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| John Boyce,<br>*Plaintiff*<br>v.<br>Officer Byrd; Lt. Lewis; Officer Roberts; Officer Tolbert, all are employed at Edgefield S.C. Med. Prison,,<br>*Defendants* | Civil Action No.   1:16-cv-01133-RMG-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ the plaintiff, John Boyce, shall take nothing of the defendants, Officer Byrd; Lt. Lewis; Officer Roberts; Officer Tolbert, and this action is dismissed without prejudice.

This action was *(check one)*:
❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   August 4, 2016                                                                 ROBIN L. BLUME, CLERK OF COURT

                                                                                        s/M. Walker
                                                                                        *Signature of Clerk or Deputy Clerk*